Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Darin Stoytchev

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Darin Stoytchev,<br><br>          Plaintiff,<br><br>     vs.<br><br>T-Mobile USA, Inc.,<br><br>          Defendants. | Case No.: 2:12-cv-09927 DSF(PLAx)<br><br>**STIPULATION OF DISMISSAL** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants T-Mobile USA, Inc. with prejudice and without costs to any party.

| Plaintiff | Defendant |
|---|---|
| __/s/ Tammy Hussin___ | __/s/ Lisa  Gilford_____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | LISA GILFORD<br>Attorney for Defendant |